

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of T.H., a child,

* From the 446th District Court
  of Ector County,
  Trial Court No. E25013PC.

No. 11-25-00232-CV

* August 29, 2025

* Memorandum Opinion by Bailey, C.J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has considered Appellant's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.